IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR.NO. 1:07cr 114-SRW |
| | ) | [18 USC 13; Code of Ala. |
| v. | ) | 32-5A-191(a)(1)(2)] |
| | ) | |
| JOHNSON, MARC K. | ) | INFORMATION |

The United States Attorney charges:

On or about the 1ST of September 2006, at Fort Rucker, Alabama, in the Middle District of Alabama, MARC JOHNSON, did unlawfully operate a motor vehicle while there was 0.16 percent or more by weight of alcohol in his blood and did unlawfully operate a motor vehicle while under the influence of alcohol in violation of Title 32, Section 5A-191(a)(1) and (2), Code of Alabama 1975, and Title 18, Section 13, United States Code.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

_____
KENT B. BRUNSON
ASSISTANT U.S. ATTORNEY


_____
NATHAN T. GOLDEN
SPECIAL ASSISTANT U.S. ATTORNEY
VA BAR NO. 48323
Office of the Staff Judge Advocate
Soldier Service Center, Building 5700
Fort Rucker, Alabama 36362-5000
(334) 255-9708

RECEIVED
2007 MAY 25 P 4:09

STATE OF ALABAMA           )    AFFIDAVIT
                           )
DALE COUNTY                )

The undersigned, being first duly sworn, deposes and says:

I am a Military Policeman at Fort Rucker, Alabama. On the 1ST of September 2006, I observed a vehicle traveling at a high rate of speed, 42/30 MPH zone. I initiated a traffic stop, and upon making contact with the driver, I detected a strong odor of alcohol emitting from the driver. The driver was identified as MARC K. JOHNSON. JOHNSON was asked to perform three field sobriety tests, all of which he failed. JOHNSON was apprehended and taken to the MP Station, where he was advised of the Alabama implied consent law. JOHNSON was administered a breathalyzer test, which registered a .16 BAC. JOHNSON was then processed and released. In my opinion as a law enforcement officer, Mr. JOHNSON was under the influence of alcohol.

_____
BATEMAN, CHARLES W, PFC, U.S. ARMY

Subscribed and sworn to (or affirmed) before me on this ___8th___ day of ___May___ 2007.


_____
NOTARY PUBLIC

My commission expires: 13 DEC 2010