IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA          *
                                  *
                                  *
vs.                               *   CASE NO. 1:07CR114-SRW
Marc K. JOHNSON                   *
                                  *
                                  *

## MOTION

Pursuant to Rule 32 of the Federal Rules of Criminal Procedure, and for good cause shown, the Government and the defendant request that the Court shorten time limits prescribed by subdivision(e)(2). Upon disclosure of the presentence report, the Government and the defendant will promptly, but not later than ten days, communicate in writing to the probation officer, and to each other, any objections to the presentence report as described in subdivision (f)(1). The defendant and the Government request that the final report with addendum be disclosed no later than three days before the sentencing hearing.

_____          _____
**Defendant**                      **Attorney for Defendant**

                                   _____
                                   **Attorney for Government**

## ORDER

IT IS ORDERED that the above motion be, and the same is hereby **GRANTED**.

Sentencing in this case is set for _10:00 am_, on the _12th_ day of _September_, 2007.

_____
**United States Magistrate Judge**