**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) CRIMINAL NO. 1:07CR000114-SRW |
| v. | ) |
| | ) |
| **MARC K. JOHNSON,** | ) |
| | ) |
| Defendant. | ) |

## SATISFACTION OF JUDGMENT AS TO MONETARY IMPOSITION

The assessment, fine, and/or restitution imposed by the Court in the above-entitled case having been paid or otherwise settled through compromise, the Clerk of the United States District Court for the Middle District of Alabama is hereby authorized and empowered to satisfy the judgment as to the monetary imposition only.

> LEURA G. CANARY
> UNITED STATES ATTORNEY
>
>
> /S/ R. Randolph Neeley
> R. RANDOLPH NEELEY
> Assistant United States Attorney
> Bar Number: 9083-E56R
> Attorney for Plaintiff
> Post Office Box 197
> Montgomery, AL 36101
> Telephone:  (334) 223-7280
> Facsimile:  (334) 223-7201
> E-Mail: rand.neeley@usdoj.gov

JUDGMENT DATED:    September 12, 2007

DATED:    September 24, 2007

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have served a copy of the foregoing Satisfaction of Judgment As To Monetary Imposition upon Marc K. Johnson, defendant, by mailing a copy of same, first class, postage prepaid, addressed to the following, this the 24th day of September, 2007.

Mr. Marc K. Johnson
22 Edwards Street
Fort Rucker, Alabama 36362

                              /S/ R. Randolph Neeley
                              ASSISTANT U.S. ATTORNEY